UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-27660 |
| MICHAEL KINSCH | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL ORDER AUTHORIZING USE OF
## CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of MICHAEL KINSCH, debtor/ debtor-in-possession herein ("Debtor"), For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion was necessary to avoid immediate and irreparable harm to the Debtor's estate, and no objections to the entry of a final order having been filed; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

A)   The Debtor is authorized to use cash collateral through the pendency of this Chapter 11 case, to the extent set forth on Exhibit A hereto plus no more than ten (10%) percent of the proposed expense payments.*

B)   In return for the Debtor's continued interim use of cash collateral, Bank of America, Chase Bank, Fifth Third Bank, First Midwest Bank, First Place Bank, VCF Partners 18 LLC, Ridgestone Bank and Standard Bank & Trust collectively (the "Lenders") are granted the following adequate protection for their purported secured interests:

1. The Debtor will permit the Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lenders evidence of that which constitutes their collateral or proceeds;

4. The Debtor will properly maintain the Properties, as defined in the Motion, in good repair and properly manage the Properties; and

5. The Lenders shall be granted post-petition replacement liens on the assets of the Debtor only to the extent and validity of the Lenders' pre-petition liens.

C) The Debtor will provide updated budgets to the extent that there are changes with respect to expenditures and income in connection with the Properties.

\* The Debtor is not authorized to use cash collateral of VCF Partners 18 LLC as to the properties located at 1508 Shirley, Calumet City, IL and 2301 Beau Monde Ln, Unit 111, Lisle, IL.

Enter:    *Donald R. Cassling*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:    JUN 21 2012

**Prepared by:**

DEBTOR'S COUNSEL:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

# EXHIBIT A

Case 11-27660    Doc 204    Filed 06/21/12    Entered 06/21/12 12:48:23    Desc Main
Document    Page 4 of 37
Case 11-27660    Doc 172    Filed 06/13/12    Entered 06/13/12 13:44:59    Desc Main
Document    Page 4 of 37

Case 11-27660    Doc 35    Filed 08/11/11    Entered 08/11/11 14:41:10    Desc Main
Document    Page 4 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 1 | |
|---|---|---|
| PROPERTY ADDRESS | 6209 Potter | |
| | DesPlaines, IL | |
| TENANT NAME | Wally Shakla | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $850.00 | $10,200 |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $253.33 | $3,099.96 |
| INSURANCE | $14.58 | $174.96 |
| REPAIRS | $41.67 | $174.96 |
| ASSOCIATION FEES | $274.26 | $3,475.92 |
| LANDSCAPING/SNOW REMOVAL | $0 | |
| MANAGEMENT FEE@6% | $51.25 | $815.00 |
| | $835.09 | $7,821.05 |
| TOTAL MONTHLY EXPENESE | | |
| PROJECTED MONTHLY INCOME | $214.91 | $2,378.92 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 3 | |
|---|---|---|
| | | |
| PROPERTY ADDRESS | 8884 Steven Dr | |
| | Des Plaines, Il. | |
| | | |
| TENANT NAME | Maya Lutskaya | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: MONTHLY/ANNUAL | $1,025.00 | $12,300 |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $253.33 | $3,099.95 |
| REAL ESTATES TAXES | $14.66 | $174.86 |
| INSURANCE | $41.67 | $174.86 |
| REPAIRS | $289.66 | $3,476.92 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $51.25 | $615.00 |
| MANAGEMENT FEE@5% | $650.49 | |
| TOTAL MONTHLY EXPENSE | | |
| | | |
| | $374.51 | $4,494.12 |
| PROJECTED MONTHLY INCOME | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 3 | |
|---|---|---|
| | | |
| PROPERTY ADDRESS | 9369 Bay Colony | |
| | DesPlaines, IL | |
| | | |
| TENANT NAME | Tina Anderson | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| | $900.00 | $10,800 |
| TOTALS: MONTHLY/ANNUAL | | |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $285.21 | $3,382.52 |
| REAL ESTATES TAXES | $14.58 | $174.96 |
| INSURANCE | $41.67 | $174.96 |
| REPAIRS | $209.99 | $2,519.76 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $45.00 | $540.00 |
| MANAGEMENT FEE@5% | | |
| | $576.44 | $6,917.28 |
| TOTAL MONTHLY EXPENSE | | |
| | $323.56 | $3,882.72 |
| PROJECTED MONTHLY INCOME | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 11-27660   Doc 204   Filed 06/21/12   Entered 06/21/12 13:48:23   Desc Main
Case 11-27660   Doc 172   Filed 06/15/12   Entered 06/15/12 13:44:59   Desc Main
Document   Page 7 of 37

Case 11-27660   Doc 35   Filed 08/11/11   Entered 08/11/11 14:41:10   Desc Main
Document   Page 7 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 4 | |
|---|---|---|
| PROPERTY ADDRESS | 9452 Bay Colony DesPlaines, IL | |
| TENANT NAME | Susan Szczepaniak | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $850.00 | $10,200 |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $286.21 | $3,882.52 |
| REAL ESTATES TAXES | $14.58 | $174.96 |
| INSURANCE | $41.57 | $174.96 |
| REPAIRS | $214.70 | $2,576.40 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $42.50 | $510.00 |
| MANAGEMENT FEE@5% | | |
| TOTAL MONTHLY EXPENESE | $578.66 | $6,948.92 |
| PROJECTED MONTHLY INCOME | $283.34 | $3,388.08 |

Case 11-27660   Doc 204   Filed 06/21/12   Entered 06/21/12 12:48:33   Desc Main
Document   Page 8 of 37
Case 11-27660   Doc 172   Filed 05/13/12   Entered 05/13/12 13:44:33   Desc Main
Document   Page 8 of 37
Case 11-27660   Doc 35   Filed 08/11/11   Entered 08/11/11 14:41:10   Desc Main
Document   Page 8 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 6 | |
|---|---|---|
| | | |
| PROPERTY ADDRESS | 12126 S PULASKI 3E | |
| | OAKLAWN ILL | |
| | | |
| TENANT NAME | JAVIER BRAZZINI | |
| | | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $795.00 | $9,540 |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $195.83 | $2,350.00 |
| INSURANCE | $14.58 | $174.96 |
| REPAIRS | $41.67 | $500.00 |
| ASSOCIATION FEES | $340.00 | $4,080.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | |
| MANAGEMENT FEE@5% | $39.75 | $477.00 |
| | $589.83 | $7,077.96 |
| TOTAL MONTHLY EXPENESE | | |
| | $205.17 | $2,462.04 |
| PROJECTED MONTHLY INCOME | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 6 | |
|---|---|---|---|
| PROPERTY ADDRESS | | 10126 S PULASKI 1N | |
| | | OAKLAWN ILL | |
| TENANT NAME | | KENNAN-DIX | |
| | | | |
| | | Scheduled | |
| | | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | | $795.00 | $9,540 |
| | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $0 | |
| REAL ESTATES TAXES | | $195.83 | $2,350.00 |
| INSURANCE | | $14.58 | $174.95 |
| REPAIRS | | $41.67 | $500.00 |
| ASSOCIATION FEES | | $340.00 | $4,080.00 |
| LANDSCAPING/SNOW REMOVAL | | $0 | |
| MANAGEMENT FEE@5% | | $39.75 | $477.00 |
| TOTAL MONTHLY EXPENSES | | $589.83 | $7,077.95 |
| PROJECTED MONTHLY INCOME | | $205.17 | $2,462.04 |

Case 11-27660 Doc 35 Filed 08/11/11 Entered 08/11/11 14:41:10 Desc Main
Document Page 10 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 7 | |
|---|---|---|
| PROPERTY ADDRESS | 10126 S PULASKI 1S OAKLAWN ILL | |
| TENANT NAME | REMABHJI DABHI | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $815.00 | $9,780 |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $196.66 | $2,360.00 |
| INSURANCE | $14.58 | $174.96 |
| REPAIRS | $41.67 | $500.00 |
| ASSOCIATION FEES | $340.00 | $4,080.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | |
| MANAGEMENT FEE@5% | $40.75 | $489.00 |
| TOTAL MONTHLY EXPENESE | $588.83 | $7,085.96 |
| PROJECTED MONTHLY INCOME | $226.17 | $2,714.04 |

Case 11-27660   Doc 294   Filed 06/21/12   Entered 06/21/12 12:48:23   Desc Main
Document      Page 11 of 37

Case 11-27660   Doc 172   Filed 05/15/12   Entered 05/15/12 13:44:59   Desc Main
Document      Page 11 of 37

Case 11-27660   Doc 35   Filed 08/11/11   Entered 08/11/11 14:41:10   Desc Main
Document      Page 11 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 8 | |
|---|---|---|
| PROPERTY ADDRESS | 10126 S PULASKI 1N | |
| | OAKLAWN ILL | |
| TENANT NAME | REGINA PHIRI | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $795.00 | $9,540 |
| OPERATING EXPENSES: | $0 | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $153.83 | $2,950.00 |
| REAL ESTATE TAXES | $14.58 | $174.95 |
| INSURANCE | $41.67 | $500.00 |
| REPAIRS | $340.00 | $4,080.00 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $39.75 | $477.00 |
| MANAGEMENT FEE@5% | | |
| TOTAL MONTHLY EXPENSE | $590.01 | $7,081.25 |
| PROJECTED MONTHLY INCOME | $204.99 | $2,459.88 |

Case 11-27660 Doc 35 Filed 08/11/11 Entered 08/11/11 14:41:10 Desc Main
Document Page 12 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 8 | |
|---|---|---|
| PROPERTY ADDRESS | 10128 S PULASKI 1N OAKLAWN ILL | |
| TENANT NAME | VASHNUBHIA PATEL | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $795.00 | $9,540 |
| OPERATING EXPENSES: | $0 | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $163.83 | $2,360.00 |
| REAL ESTATES TAXES | $14.58 | $174.96 |
| INSURANCE | $41.87 | $500.00 |
| REPAIRS | $340.00 | $4,080.00 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $39.75 | $477.00 |
| MANAGEMENT FEE@5% | $590.01 | $7,081.20 |
| TOTAL MONTHLY EXPENESE | | |
| PROJECTED MONTHLY INCOME | $204.99 | $2,460.89 |

Case 11-27660   Doc 204   Filed 06/21/12   Entered 06/21/12 12:48:23   Desc Main
Document   Page 13 of 37

Case 11-27660   Doc 172   Filed 06/15/12   Entered 06/15/12 13:44:59   Desc Main
Document   Page 13 of 37

Case 11-27660   Doc 35   Filed 08/11/11   Entered 08/11/11 14:41:10   Desc Main
Document   Page 13 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 10 | |
|---|---|---|---|
| PROPERTY ADDRESS | 145 DOVER #15 DESPLAINES ILL | | |
| TENANT NAME | SYSVESTER HERNANDEZ | | |
| | Scheduled Monthly Rent | | Annually |
| TOTALS: MONTHLY/ANNUAL | | $810.00 | $9,720 |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,980.00 |
| REAL ESTATES TAXES | | $14.58 | $174.96 |
| INSURANCE | | $41.67 | $500.00 |
| REPAIRS | | $295.84 | $3,550.08 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | $40.50 | $486.00 |
| MANAGEMENT FEE@5% | | | |
| TOTAL MONTHLY EXPENESE | | $557.59 | $6,691.09 |
| PROJECTED MONTHLY INCOME | | $242.41 | $3,028.92 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 11 | |
|---|---|---|---|
| PROPERTY ADDRESS | 146 DOVER #12 DESPLAINES ILL | | |
| TENANT NAME | MAUKLIK PATEL | | |
| | | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | | $760.00 | 9000.00 |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,960.00 |
| REAL ESTATES TAXES | | $14.58 | $174.88 |
| INSURANCE | | $41.67 | $500.00 |
| REPAIRS | | $295.84 | $3,550.08 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | | |
| MANAGEMENT FEE@5% | | $37.50 | $499.00 |
| TOTAL MONTHLY EXPENESE | | $554.59 | $6,655.08 |
| PROJECTED MONTHLY INCOME | | $195.41 | $2,344.92 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 12 | |
|---|---|---|
| PROPERTY ADDRESS | 145 DOVER #11 DESPLAINES ILL | |
| TENANT NAME | BLANCA RUIZ | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $810.00 | $9,720 |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $165.00 | $1,980.00 |
| INSURANCE | $14.58 | $174.96 |
| REPAIRS | $41.67 | $500.00 |
| ASSOCIATION FEES | $295.84 | $3,550.08 |
| LANDSCAPING/SNOW REMOVAL | $0 | |
| MANAGEMENT FEE@5% | $40.50 | $486.00 |
| | $557.59 | $6,691.08 |
| TOTAL MONTHLY EXPENESE | | |
| | $252.41 | $3,028.92 |
| PROJECTED MONTHLY INCOME | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 13 | |
|---|---|---|---|
| PROPERTY ADDRESS | 135 DOVER #4   16 | | |
| | DESPLAINES ILL | | |
| TENANT NAME | MARCELINE PONCE | | |
| | | | |
| | | | |
| | Scheduled | | |
| | Monthly Rent | | Annually |
| TOTALS: MONTHLY/ANNUAL | | $810.00 | $9,720 |
| | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,980.00 |
| REAL ESTATES TAXES | | $14.58 | $174.96 |
| INSURANCE | | $41.67 | $500.00 |
| REPAIRS | | $295.84 | $3,550.08 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | $40.50 | $486.00 |
| MANAGEMENT FEE @5% | | | |
| TOTAL MONTHLY EXPENESE | | $557.59 | $6,691.08 |
| PROJECTED MONTHLY INCOME | | $252.41 | $3,028.92 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 14 | |
|---|---|---|---|
| PROPERTY ADDRESS | 111 CENTER ST LAKE GENEVA WI #412 | | |
| TENANT NAME | DALEY RENTAL | | |
| | | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | | 0 TO 2000 | $10,000 |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $0 | |
| REAL ESTATES TAXES | | $291.66 | $3,500.00 |
| INSURANCE | | $14.58 | $174.95 |
| REPAIRS | | $0.00 | $0.00 |
| ASSOCIATION FEES | | INC INC | |
| LANDSCAPING/SNOW REMOVAL | | $0 | |
| MANAGEMENT FEE @ 5% | | $0.00 | $0.00 |
| TOTAL MONTHLY EXPENESE | | $306.24 | $3,674.96 |
| PROJECTED MONTHLY INCOME | | | $6,325.04 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 18 | |
|---|---|---|
| | | |
| PROPERTY ADDRESS | 2211 CLIFTON ST | |
| | HOFFMAN ESTATES IL | |
| | | |
| TENANT NAME | DALIEY RENTAL | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| | $1,490.00 | $17,880 |
| TOTALS: MONTHLY/ANNUAL | | |
| | | |
| OPERATING EXPENSES: | $0 | |
| GAS | $0 | |
| ELECTRIC | $20 | 240 |
| WATER | $0 | |
| SCAVENGER | $208.33 | $2,500.00 |
| REAL ESTATES TAXES | $51.16 | $650.00 |
| INSURANCE | $90.00 | $1,080.00 |
| REPAIRS | $182.00 | $2,184.00 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $74.50 | $894.00 |
| MANAGEMENT FEE@5% | | |
| | $626.99 | $7,511.88 |
| TOTAL MONTHLY EXPENSE | | |
| | $864.01 | $10,368.12 |
| PROJECTED MONTHLY INCOME | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 16 | |
|---|---|---|
| PROPERTY ADDRESS | 550 FAIRWAY VIEW LN #3A WHILLING IL | |
| TENANT NAME | AGNIS SWIETEK | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $850.00 | $10,200 |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $166.00 | $1,980.00 |
| INSURANCE | $14.58 | $175.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $314.38 | $3,772.56 |
| LANDSCAPING/SNOW REMOVAL | $0 | |
| MANAGEMENT FEE@5% | $42.50 | $510.00 |
| TOTAL MONTHLY EXPENSE | $578.12 | $6,937.44 |
| PROJECTED MONTHLY INCOME | $271.88 | $3,262.56 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | 17 | |
|---|---|---|
| PROPERTY ADDRESS | 550 FAIRWAY VIEW LN #5B WHILLING IL | |
| TENANT NAME | ANNA KOSABI | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $895.00 | $10,740 |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | |
| ELECTRIC | $0 | 0 |
| WATER | $0 | |
| SCAVENGER | $165.00 | $1,980.00 |
| REAL ESTATES TAXES | $14.58 | $175.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $321.53 | $3,758.36 |
| ASSOCIATION FEES | $0 | |
| LANDSCAPING/SNOW REMOVAL | $44.75 | $537.00 |
| MANAGEMENT FEE@5% | | |
| TOTAL MONTHLY EXPENSE | $587.52 | $7,050.24 |
| PROJECTED MONTHLY INCOME | $307.48 | $3,689.76 |

Case 11-27660  Doc 204  Filed 06/21/12  Entered 06/21/12 12:48:23  Desc Main
Case 11-27660  Doc 172  Filed 05/15/12  Entered 05/15/12 13:44:59  Desc Main
Document     Page 22 of 37

Case 11-27660  Doc 35  Filed 08/11/11  Entered 08/11/11 14:41:10  Desc Main
Document     Page 22 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 18 | |
|---|---|---|---|
| PROPERTY ADDRESS | | 2501 BEAUMONDE LN | |
| | | LISLE ILL | |
| TENANT NAME | | LARRY LEVINE | |
| | | Scheduled Monthly Rent | Annually |
| | | $795.00 | $9,540 |
| TOTALS: MONTHLY/ANNUAL | | | |
| OPERATING EXPENSES: | | $0 | |
| GAS | | $0 | |
| ELECTRIC | | $0 | 0 |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,980.00 |
| REAL ESTATE TAXES | | $14.58 | $175.00 |
| INSURANCE | | $41.66 | $500.00 |
| REPAIRS | | $359.23 | $4,310.79 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | $39.75 | $477.00 |
| MANAGEMENT FEE@5% | | | |
| | | $620.22 | $7,442.64 |
| TOTAL MONTHLY EXPENSES | | | |
| | | $174.78 | $2,097.36 |
| PROJECTED MONTHLY INCOME | | | |

Rent Roll
Income Expense
Analysis

| | | |
|---|---|---|
| PROPERTY ID: | | 19 |
| PROPERTY ADDRESS | 300 WRIGLEY #201 LISLE ILL | |
| TENANT NAME | AS RENTED | |
| | Scheduled Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | 0 TO 1600.00 | $15,000 |
| OPERATING EXPENSES: | $0 | |
| GAS | $0 | |
| ELECTRIC | $0 | 0 |
| WATER | $0 | |
| SCAVENGER | $0.00 | $0.00 |
| REAL ESTATES TAXES | $0.00 | $0.00 |
| INSURANCE | $0.00 | $0.00 |
| REPAIRS | $0.00 | $0.00 |
| ASSOCIATION FEES | $0 | 0 |
| LANDSCAPING/SNOW REMOVAL | $0.00 | $0.00 |
| MANAGEMENT FEE@8% | $0 | $0.00 |
| | $0.00 | $10,000.00 |
| TOTAL MONTHLY EXPENSE | | 0 |
| PROJECTED MONTHLY INCOME | $416.66 | $5,000.00 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 20 | |
|---|---|---|---|
| PROPERTY ADDRESS | | 4406 W 56TH ST#1 | |
| | | CHICAGO ILL | |
| TENANT NAME | | MICHAEL PERCELLA | |
| | | Scheduled | |
| | | Monthly Rent | Annually |
| | | $755.00 | $9,060 |
| TOTALS: MONTHLY/ANNUAL | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | 0 |
| WATER | | $0 | |
| SCAVENGER | | $151.65 | $1,820.00 |
| REAL ESTATE TAXES | | $14.58 | $175.00 |
| INSURANCE | | $41.66 | $500.00 |
| REPAIRS | | $233.77 | $2,805.24 |
| ASSOCIATION FEES | | $0 | 0 |
| LANDSCAPING/SNOW REMOVAL | | $37.75 | $0.00 |
| MANAGEMENT FEE@5% | | $0 | $0.00 |
| | | $479.42 | $5,299.24 |
| TOTAL MONTHLY EXPENSE | | 0 | |
| | | $275.58 | $3,305.88 |
| PROJECTED MONTHLY INCOME | | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 21 | |
|---|---|---|---|
| | | | |
| PROPERTY ADDRESS | | 4412 W. 55TH ST, #8 | |
| | | CHIHOAGO ILL | |
| | | | |
| TENANT NAME | | FLORENCE BARNS | |
| | | | |
| | | | |
| | | | |
| | | Scheduled | |
| | | Monthly Rent | Annually |
| | | $765.00 | $9,080 |
| TOTALS: MONTHLY/ANNUAL | | | |
| | | | |
| | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | |
| ELECTRIC | | $0 | 0 |
| WATER | | $0 | |
| SCAVENGER | | $151.86 | $1,820.00 |
| REAL ESTATES TAXES | | $14.58 | $175.00 |
| INSURANCE | | $41.66 | $500.00 |
| REPAIRS | | $233.77 | $2,805.24 |
| ASSOCIATION FEES | | $0 | 0 |
| LANDSCAPING/SNOW REMOVAL | | $37.76 | $0.00 |
| MANAGEMENT FEE@5% | | $0 | $0.00 |
| | | $479.42 | $5,299.24 |
| TOTAL MONTHLY EXPENSE | | 0 | |
| | | $275.58 | $3,308.98 |
| PROJECTED MONTHLY INCOME | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 11-27660   Doc 204   Filed 06/21/12   Entered 06/21/12 12:48:23   Desc Main
Case 11-27660   Doc 172   Filed 05/15/12   Entered 05/15/12 13:44:59   Desc Main
Document    Page 26 of 37

Case 11-27660   Doc 35   Filed 03/11/11   Entered 08/11/11 14:41:10   Desc Main
Document    Page 26 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 22 |
|---|---|---|
| PROPERTY ADDRESS | 5850 N MAJOR AVE | |
| | CHICAGO ILL. | |
| TENANT NAME | ARLINE DELFOSSE | 800 |
| | EDWARD EATON | 695 |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $1,495.00 | $17,940 |
| OPERATING EXPENSES: | | |
| GAS | $60 | 720 |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $333.33 | $4,000.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | 0 |
| MANAGEMENT FEE@5% | $0.00 | $0.00 |
| | $0 | $0.00 |
| TOTAL MONTHLY EXPENESE | $416.65 | $4,999.80 |
| | 0 | |
| PROJECTED MONTHLY INCOME | $1,078.35 | $12,940.20 |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | |
|---|---|---|
| | | 23 |
| PROPERTY ADDRESS | 1116 W. ALGONQUIN RD #22 | |
| | ARLINGTON HEIGHTS IL | |
| | | |
| TENANT NAME | RAMON FLORES | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| | $810.00 | $9,720 |
| TOTALS: MONTHLY/ANNUAL | | |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | 0 |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $160.41 | $1,925.00 |
| INSURANCE | $14.50 | $175.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $261.74 | $3,140.86 |
| LANDSCAPING/SNOW REMOVAL | $0 | 0 |
| MANAGEMENT FEE@5% | $40.50 | $486.00 |
| | $0 | $0.00 |
| | $418.65 | $6,226.86 |
| TOTAL MONTHLY EXPENESE | 0 | |
| | $291.51 | $3,493.12 |
| PROJECTED MONTHLY INCOME | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | |
|---|---|---|
| | 24 | |
| PROPERTY ADDRESS | 103 S CEDER ST | |
| | PALATINE ILL 60009 | |
| TENANT NAME | ROBERT SCHOENBECK | |
| | | |
| | | |
| | Scheduled Monthly Rent | Annually |
| | $1,495.00 | $17,940 |
| TOTALS: MONTHLY/ANNUAL | | |
| | | |
| OPERATING EXPENSES: | $0 | 0 |
| GAS | $0 | |
| ELECTRIC | $0 | 0 |
| WATER | $0 | |
| SCAVENGER | $354.16 | $4,250.00 |
| REAL ESTATES TAXES | $41.66 | $500.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $0.00 | $0.00 |
| ASSOCIATION FEES | $0 | 0 |
| LANDSCAPING/SNOW REMOVAL | $74.75 | $897.00 |
| MANAGEMENT FEE@5% | $0 | $0.00 |
| | $512.23 | $6,146.75 |
| TOTAL MONTHLY EXPENESE | 0 | |
| | $982.77 | $11,793.24 |
| PROJECTED MONTHLY INCOME | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | |
|---|---|---|
| | 25 | |
| PROPERTY ADDRESS | 9321 W 163RD | |
| | TINLEY PARK, IL | |
| | | |
| TENANT NAME | DENNIS CERNIUK | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $1,295.00 | $15,540 |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | 0 |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATE TAXES | $354.16 | $4,250.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | 0 |
| MANAGEMENT FEE@5% | $64.75 | $777.00 |
| | $0 | $0.00 |
| TOTAL MONTHLY EXPENSE | $502.23 | $6,027.00 |
| | 0 | |
| PROJECTED MONTHLY INCOME | $792.77 | $9,513.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 11-27660   Doc 294   Filed 06/21/12   Entered 06/21/12 12:48:23   Desc Main
Document   Page 30 of 37
Case 11-27660   Doc 172   Filed 06/13/12   Entered 06/13/12 13:44:59   Desc Main
Document   Page 30 of 37

Case 11-27660   Doc 35   Filed 08/11/11   Entered 08/11/11 14:41:10   Desc Main
Document   Page 30 of 37

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | |
|---|---|---|
| | 28 | |
| PROPERTY ADDRESS | 7133-7135 W. DEVON | |
| | CHICAGO ILL | |
| | | |
| TENANT NAME | MAT VANBORGARD | |
| | | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $1,195.00 | $14,340 |
| | | |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | 0 |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $408.33 | $4,900.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | 0 |
| MANAGEMENT FEE@5% | $59.75 | $717.00 |
| | $0 | $0.00 |
| TOTAL MONTHLY EXPENSE | $551.37 | $6,616.44 |
| | 0 | |
| PROJECTED MONTHLY INCOME | $643.63 | $7,723.56 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 11-27660   Doc 294   Filed 06/21/12   Entered 06/21/12 13:48:23   Desc Main
Document   Page 31 of 37

Case 11-27660   Doc 172   Filed 06/15/12   Entered 06/15/12 13:44:59   Desc Main
Document   Page 31 of 37

Case 11-27660   Doc 35   Filed 09/11/11   Entered 09/11/11 14:41:10   Desc Main
Document   Page 31 of 37

Rent Roll
*Income Expense
Analysis*

| PROPERTY ID: | | 27 | |
| --- | --- | --- | --- |
| | | | |
| PROPERTY ADDRESS | 1606 SHIRLEY DR | | |
| | CALUMET CITY ILL | | |
| | | | |
| TENANT NAME | CHERI GLOVICKI | | |
| | | | |
| | | | |
| | Scheduled | | |
| | Monthly Rent | | Annually |
| TOTALS: MONTHLY/ANNUAL | | $1,000.00 | $12,000 |
| | | | |
| | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $0 | 0 |
| ELECTRIC | | $0 | |
| WATER | | $0 | 0 |
| SCAVENGER | | $0 | |
| REAL ESTATES TAXES | | $243.76 | $2,920.00 |
| INSURANCE | | $41.85 | $500.00 |
| REPAIRS | | $41.85 | $500.00 |
| ASSOCIATION FEES | | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | | $0 | 0 |
| MANAGEMENT FEE@8% | | $50.00 | $600.00 |
| | | $0 | $0.00 |
| TOTAL MONTHLY EXPENESE | | $377.67 | $4,520.00 |
| | | 0 | |
| PROJECTED MONTHLY INCOME | | $622.53 | $7,475.16 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 28 |
|---|---|---|
| PROPERTY ADDRESS | 3549 N OAKPARK | |
| | CHICAGO ILL | |
| TENANT NAME | GLADYS DEJESUS | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| TOTALS: MONTHLY/ANNUAL | $1,295.00 | $15,540 |
| | | |
| OPERATING EXPENSES: | | |
| GAS | $0 | 0 |
| ELECTRIC | $0 | |
| WATER | $0 | 0 |
| SCAVENGER | $0 | |
| REAL ESTATES TAXES | $262.50 | $3,150.00 |
| INSURANCE | $41.66 | $500.00 |
| REPAIRS | $41.66 | $500.00 |
| ASSOCIATION FEES | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | $0 | 0 |
| MANAGEMENT FEE@5% | $64.75 | $777.00 |
| | $0 | $0.00 |
| TOTAL MONTHLY EXPENESE | $410.57 | $4,926.84 |
| | 0 | |
| PROJECTED MONTHLY INCOME | $884.43 | $10,613.16 |

Rent Roll
*Income Expense*
*Analysis*

| PROPERTY ID: | | 29 | |
|---|---|---|---|
| | | | |
| PROPERTY ADDRESS | 103 E 147TH | | |
| | HARVEY ILL | | |
| | | | |
| TENANT NAME | MICHAEL MOTORS LTD | | |
| | USED CAR DEALERSHIP | | |
| | | | |
| | | | |
| | Scheduled | | |
| | Monthly Rent | | Annually |
| TOTALS: MONTHLY/ANNUAL | ? | | ? |
| | | | |
| | | | |
| OPERATING EXPENSES: | | | |
| GAS | | $100 | 1200 |
| ELECTRIC | | $400 | 2400 |
| WATER | | $100 | 1200 |
| SCAVENGER | | $105 | 1260 |
| REAL ESTATES TAXES | | $2,100.00 | $25,200.00 |
| INSURANCE | | $200.00 | $2,400.00 |
| REPAIRS | | $41.66 | $500.00 |
| ASSOCIATION FEES | | $0.00 | $0.00 |
| LANDSCAPING/SNOW REMOVAL | | $50 | 600 |
| MANAGEMENT FEE@5% | | $0.00 | $0.00 |
| | | $0 | $0.00 |
| | | $3,096.66 | $25,00 |
| TOTAL MONTHLY EXPENSES | | 0 | |
| | | | $34,760.00 |
| PROJECTED MONTHLY INCOME | ? | | |
| | | | |

Rent Roll
Income Expense
Analysis

| | 30 | |
|---|---|---|
| PROPERTY ID: | | |
| PROPERTY ADDRESS | 800 WRIGLEY #202 | |
| | LISLE ILL | |
| TENANT NAME | AS RENTED | |
| | | |
| | Scheduled | |
| | Monthly Rent | Annually |
| | 0 TO 1500.00 | $16,000 |
| TOTALS: MONTHLY/ANNUAL | | |
| | | |
| OPERATING EXPENSES: | $0 | |
| GAS | $0 | |
| ELECTRIC | $0 | 0 |
| WATER | $0 | |
| SCAVENGER | $0.00 | $0.00 |
| REAL ESTATES TAXES | $0.00 | $0.00 |
| INSURANCE | $0.00 | $0.00 |
| REPAIRS | $0.00 | $0.00 |
| ASSOCIATION FEES | $0 | 0 |
| LANDSCAPING/SNOW REMOVAL | $0.00 | $0.00 |
| MANAGEMENT FEE@5% | $0 | $0.00 |
| | $0.00 | $10,000.00 |
| TOTAL MONTHLY EXPENESE | 0 | |
| | $416.66 | $5,000.00 |
| PROJECTED MONTHLY INCOME | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 31 | |
|---|---|---|---|
| PROPERTY ADDRESS | | 115 DOVER DR. #12 | |
| | | DESPLAINES ILL | |
| TENANT NAME | | MARTHA MARTINEZ | |
| | | | |
| | | Scheduled | |
| | | Monthly Rent | Annually |
| | | $810.00 | $9,720 |
| TOTALS: MONTHLY/ANNUAL | | | |
| | | | |
| OPERATING EXPENSES: | | $0 | |
| GAS | | $0 | |
| ELECTRIC | | $0 | |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,980.00 |
| REAL ESTATES TAXES | | $14.58 | $174.99 |
| INSURANCE | | $41.67 | $500.00 |
| REPAIRS | | $295.84 | $3,550.08 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | $40.50 | $486.50 |
| MANAGEMENT FEE@5% | | | |
| | | $557.59 | $6,691.08 |
| TOTAL MONTHLY EXPENSE | | | |
| | | $252.41 | $3,028.92 |
| PROJECTED MONTHLY INCOME | | | |

Rent Roll
Income Expense
Analysis

| PROPERTY ID: | | 32 | |
|---|---|---|---|
| PROPERTY ADDRESS | | 588 FAIRWAY VIEW LN #3F | |
| | | WHILLING IL | |
| TENANT NAME | | JOSE TORRES | |
| | | | |
| | | Scheduled | |
| | | Monthly Rent | Annually |
| | | $895.00 | $10,740 |
| TOTALS: MONTHLY/ANNUAL | | | |
| | | | |
| OPERATING EXPENSES: | | $0 | |
| GAS | | $0 | |
| ELECTRIC | | $0 | 0 |
| WATER | | $0 | |
| SCAVENGER | | $165.00 | $1,980.00 |
| REAL ESTATES TAXES | | $14.58 | $175.00 |
| INSURANCE | | $41.66 | $500.00 |
| REPAIRS | | $314.38 | $3,772.56 |
| ASSOCIATION FEES | | $0 | |
| LANDSCAPING/SNOW REMOVAL | | $42.50 | $510.00 |
| MANAGEMENT FEE@5% | | | |
| | | $578.12 | $6,937.44 |
| TOTAL MONTHLY EXPENSES | | | |
| | | $316.88 | $3,802.56 |
| PROJECTED MONTHLY INCOME | | | |