IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                     )
                                           )   Case No. 11-27660
MICHAEL KINSCH,                            )   Chapter 11
                                           )   Judge Pamela S. Hollis
         debtor/debtor-in-possession.      )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 9th day of July, 2013 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in room 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR, AS DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

                                    /s/Scott R. Clar
                                    Crane, Heyman, Simon, Welch & Clar
                                    I35 S. LaSalle St., Suite 3705
                                    Chicago, Illinois 60603
                                    (3I2) 64I-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served by the court's electronic registration/electronic mail (as indicated) to all parties on the attached Service List on the18th day of June, 2012.

                                    /s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration:**

United States Trustee
219 S. Dearborn St., #873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Edmund M. Burke
Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
eburke@chuhak.com, tbarbeauld@chuhak.com

Kathleen A. Stetsko
Perkins Coie LLP
131 S. Dearborn, #1700
Chicago, IL 60603
kstetsko@perkinscoie.com, docketchi@perkinscoie.com

William J. Serritella, Jr.
Jacqueline M. Helmrick
Aronberg Goldgehn
330 North Wabash, Suite 1700
Chicago, Illinois 60611
jhelmrick@agdlaw.com, wserritella@agdglaw.com

William J. Bryan
wjblaw@sbcglobal.com

Terri M. Long
Courts@tmlong.com

Heather M. Giannino
heathergiannino@bsbattys.com, henniferewins@hsbattys.com;
danacloe@hsbattys.com; bk4hsbm@gmail.com

Fred R. Harbecke
fredrharbecke@sbcglobal.net

Vytas S. Jurjonas
v@jonaspricelaw.com

Nathaniel D. Lawrence
jflowers@l-mlaw.com

Jigar K. Patel
jkp@jkplawgroup.com

Matthew S. Payne
mpayne@paynelawchicago.com

Lance A. Raphael
lance@caclawyers.com, herman@caclawyers.com; stacy@caclawyers.com

**Email:**
Dean R. Prober
Prober & Raphael, a Law Corp.
20750 Ventura Blvd., #100
Woodland Hills, CA 91364
dprober@pralc.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )
                                        )   Case No. 11-27660
MICHAEL KINSCH,                         )   Chapter 11
                                        )   Judge Pamela S. Hollis
    debtor/debtor-in-possession.        )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>July 26, 2011</u>

Period for Which Compensation
is Sought:  From: <u>March 30, 2011</u>  through <u>June 1, 2013</u>

Amount of Fees Sought: <u>$79,827.60</u>

Amount of Expense
Reimbursement Sought: <u>$5,878.68</u>

This is a(n):  Interim Application  <u>X</u>   Final Application ___
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 10/31/12 | 3/30/11 - 10/25/12 | $64,726.90 | $64,726.90 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $41,040.00

Date: <u>June 18, 2013</u>          Applicant:    Scott R. Clar and the firm
                                                  <u>Crane, Heyman, Simon, Welch & Clar</u>

                                         By: <u>/s/Scott R. Clar</u>
                                                 Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-27660
MICHAEL KINSCH, ) Chapter 11
) Judge Pamela S. Hollis
debtor/debtor-in-possession. )

**MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR, AS DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES SCOTT R. CLAR and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), Counsel for the debtor/debtor-in-possession, Michael Kinsch ("Debtor"), and for their Motion Pursuant to §§ 330 and 331 of the Bankruptcy Code For Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

## INTRODUCTION

1. On July 1, 2011, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition Date, the Debtor has operated his business and managed his financial affairs as debtor-in-possession.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

-1-

5.  This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. §157(b).

6.  The statutory predicate for the relief requested in this Motion is § 331 of the Bankruptcy Code.

## RELEVANT FACTUAL BACKGROUND

7.  The Debtor is an owner and investor in multi-family residential real estate located in the Chicago area, and surrounding suburbs. The Debtor owns or owned the following real estate, which shall collectively be referred to as the "Properties":

| **Property Identification** | **Lender/Approximate Mortgage Balance** | **Property Type** |
|---|---|---|
| 7133 and 7135 W. Devon, Chicago, IL | Standard Bank & Trust $284,000 and $130,000 | House - Single family residence |
| 1508 Shirley, Calumet City, IL | RBS Citizens, NA d/b/a Charter One $125,000 | House - Single family residence |
| 2301 Beau Monde Ln, Unit 111, Lisle, IL | RBS Citizens, NA d/b/a Charter One $130,000 | Condo |
| 300 Wrigley, Lake Geneva, WI | RBS Citizens, NA d/b/a Charter One $180,000 | 2 condos |
| 103 E. 147th St., Harvey, IL | Ridgestone Bank $230,000 | Build & Lot Commercial Type |
| 3549 N. Oak Park, Chicago, IL | Ridgestone Bank $796,493 | House - Single family residence |
| 9452 Bay Colony Ln, Des Plaines, IL 60016 | Ridgestone Bank $796,493 | Condo |
| 10124 S. Pulaski, #3, Oak Lawn, IL | Ridgestone Bank $796,493 | Condo |

| Address | Bank / Amount | Type |
|---|---|---|
| 10124 S. Pulaski, 1N, Oak Lawn, IL | Ridgestone Bank $796,493 | Condo |
| 10124 S. Pulaski, 1E, Oak Lawn, IL | Ridgestone Bank $796,493 | Condo |
| 10124 S. Pulaski, 3E, Oak Lawn, IL | Ridgestone Bank $796,493 | Condo |
| 10124 S. Pulaski, 1S, Oak Lawn, IL | Ridgestone Bank $796,493 | Condo |
| 8884 Steven Dr., Unit 2023, Des Plaines, IL | Ridgestone Bank $796,493 | Condo |
| 4412 W. 55th St., Unit 6, Chicago, IL | Ridgestone Bank $101,354 | Condo |
| 4406 W. 55th St., #1, Chicago, IL | Ridgestone Bank $101,386 | Condo |
| 580 Fairway View Dr., #3A Wheeling, IL | Ridgestone Bank $69,955 | Condo |
| 580 Fairway View Dr., #3B Wheeling, IL | Ridgestone Bank $70,000 | Condo |
| 2211 Clifton Pl, Hoffman Estates, IL | Ridgestone Bank $122,158 | Condo |
| 145 Dover Dr., #12, Des Plaines, IL | Chase Bank $46,117 | Condo |
| 145 Dover Dr., #15, Des Plaines, IL | Chase Bank $46,117 | Condo |
| 588 Fairway View Ln, Wheeling, IL | First Place Bank $70,000 | Condo |
| 9209 Potter Road, Des Plaines, IL | First Midwest Bank $1 million total | Condo |
| 9368 Bay Colony, Des Plaines, IL | First Midwest Bank $1 million total | Condo |
| 145 Dover, #12, Des Plaines, IL | First Midwest Bank $1 million total | Condo |
| 5650 - 5654 N. Major, Chicago, IL | First Midwest Bank $1 million total | 2 Flat |

| 5901 N. Leonard, Chicago, IL | First Midwest Bank $1 million total | Home - Personal Residence |
| --- | --- | --- |
| 5901 N. Leonard, Chicago, IL | Bank of America $141,553 | Home - Personal Residence |

Several of the Cash Collateral Lenders have instituted foreclosure actions.

8. On or about July 26, 2011, the Debtor presented its Motion to Employ CHSWC as the Debtor's bankruptcy counsel, and on July 26, 2011, an Order was entered by this Court granting the Motion to Employ. CHSWC received a $26,040.00 pre-petition retainer (the "Pre-petition Retainer").

9. On November 20, 2012, this Court entered an Order Allowing Interim Compensation and Reimbursement of Expenses to Debtor's Counsel (the "First Fee Order") in the amount of $64,726.90 (the "Interim Award"). To date, the Debtor has paid $15,000.00 of the Interim Award, leaving a balance of $23,686.90.

10. By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $79,828.00 and $5,878.68, respectfully for the period commencing March 30, 2011 through and including June 1, 2013, and a direction to the Debtor to pay fees and expenses allowed in excess of the Pre-petition Retainer and the Interim Award.

11. The Debtor's Third Amended Plan of Reorganization ("Plan") was confirmed on May 2, 2013.

## CHSWC BIOGRAPHICAL INFORMATION

12. CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of

seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

### SCOTT R. CLAR

13. Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

14. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2012 Rate | 2013 Rate |
|---|---|---|
| Eugene Crane ("EC") | $490.00 | $495.00 |
| David K. Welch ("DKW") | $470.00 | $480.00 |
| Scott R. Clar ("SRC") | $470.00 | $480.00 |
| Jeffrey C. Dan ("JCD") | $395.00 | $405.00 |
| John H. Redfield ("JHR") | $370.00 | $380.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

15. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing November 12, 2012 through and including June 1, 2013 is as follows:

| Attorney | 2012 Hours | Amount |
|---|---|---|
| Scott R. Clar | 3.6 | $1,692.00 |
| **Total:** | **3.6** | **$1,692.00** |

| Attorney | 2013 Hours | Amount |
|---|---|---|
| Scott R. Clar | 32.4 | $15,552.00 |
| Jeffrey C. Dan | 1.7 | 688.50 |
| John H. Redfield | 1.0 | 380.00 |
| **Total:** | **35.1** | **$16,620.60** |

## LEGAL SERVICES RENDERED

16. The legal services rendered by CHSWC, as more fully described in Exhibits A through E, have been divided into the following categories:

A. **GENERAL ADMINISTRATION**

   The legal services rendered in this category include the preparation of motions with respect to administration of the

-6-

case, including employment motions, utility motions and appearances in court regarding same, preparation of schedules and statement of financial affairs, attendance at meetings of creditors, and dealing with creditors calls.

Total Time Expended:     1.5 hours

| Attorney | 2012 Hours | 2013 Hours | Amount |
|---|---|---|---|
| Scott R. Clar | .4 | 1.1 | $716.00 |
| **Total:** | **.4** | **1.1** | **$716.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

### B.  MATTERS CONCERNING RIDGESTONE BANK

The legal services rendered in this category included the negotiation of deed in lieu of foreclosure and cash collateral order with Ridgestone Bank, included numerous telephone conferences and court appearances in connection therewith, resulting in an agreement with Ridgestone and the subsequent confirmation of the Debtor's Plan.

Total Time Expended:     10.4 hours

| Attorney | 2012 Hours | 2013 Hours | Amount |
|---|---|---|---|
| Scott R. Clar | .6 | 9.8 | $4,986.00 |
| **Total:** | **.6** | **9.8** | **$4,986.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

### C.  MOTIONS TO LIFT STAY AND OTHER SECURED CREDITOR ISSUES

The legal services rendered in this category by CHSWC included responding to multiple motions to lift stay, appearances in court regarding same, and

negotiation of order resolving motion to lift stay with Standard Bank, First Midwest Bank, several condominium associations and VFC Partners 18 LLC.

| Total Time Expended: | | 2.7 hours | |
|---|---|---|---|
| Attorney | 2012 Hours | 2013 Hours | Amount |
| Scott R. Clar | .7 | 2.0 | $1,289.00 |
| **Total:** | **.7** | **2.0** | **$1,289.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **PLAN AND DISCLOSURE STATEMENT**

CHSWC drafted, reviewed, revised, and presented three (3) Plans of Reorganizations and Disclosure Statements. Time was also spent by the law firm in connection with hearings and the adequacy of the Disclosure Statement, responding to objections, preparation of a ballot report and other matters concerning the Plan process which resulted in the consensual Plan.

| Total Time Expended: | | 21.10 Hours | |
|---|---|---|---|
| Attorney | 2012 Hours | 2013 Hours | Amount |
| Scott R. Clar | .4 | 18.0 | $8,828.00 |
| Jeffrey C. Dan | - | 1.7 | $ 688.50 |
| John H. Redfield | - | 1.0 | $ 380.00 |
| **Total:** | **.4** | **20.7** | **$9,896.50** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

-8-

E. **PREPARATION OF MOTION FOR INTERIM AND FINAL COMPENSATION**

CHSWC expended time preparing and filing this Motion.

Total Time Expended:   3.0 hours

| Attorney | 2012 Hours | 2013 Hours | Amount |
|---|---|---|---|
| Scott R. Clar | 1.5 | 1.5 | $1,425.00 |
| **Total:** | **1.5** | **1.5** | **$1,425.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

17. During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing March 30, 2011 through and including June 1, 2013, is $5,857.68. Expenses for the period November 12, 2012 through May 31, 2013 are $530.78. Attached to this motion as Exhibit "F" is an itemization of the expenses incurred for this period.

## CONCLUSION

18. Other than as provided in § 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

19. CHSWC asserts that the interim compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

20. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in this Chapter 11 case.

WHEREFORE, for the foregoing reasons, Scott R. Clar, and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to § 331 of the Bankruptcy Code, as follows:

a) Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $79,827.60 and $5,857.68, respectively for services provided from the period commencing March 30, 2011 through and including June 1, 2013;

b) Authorizing and directing payment by the Debtor to CHSWC of the sum of $79,827.60, less the sum of $26,040.00 received as a pre-petition retainer by CHSWC; and amounts paid pursuant to the Interim Award.

c) Granting such other relief as may be just and equitable.

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR' COUNSEL:**
Scott R. Clar, Esq. (Atty. No. 06183741)
John H. Redfield, Esq. (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

W:\MJO2\Kinsch\Pay CHSWC Final.mot and NOM.wpd