IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-27660 |
| MICHAEL KINSCH, ) | Chapter 11 |
| ) | Judge Pamela S. Hollis |
| debtor/debtor-in-possession. ) | |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 7th day of June, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in room 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR FINAL DECREE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served by the court's electronic registration/first class mail (as indicated) to all parties on the attached Service List on the 10th day of May, 2016.

/s/Scott R. Clar

# **SERVICE LIST**

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Edmond Burke
Joseph Santeler
Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
eburke@chuhak.com,
tbarbeauld@chuhak.com

Kathleen A. Stetsko
Perkins Coie LLP
131 S. Dearborn, #1700
Chicago, IL 60603
kstetsko@perkinscoie.com,
docketchi@perkinscoie.com

Phillip J. Block
Jeffrey D. Ganz
Riemer & Braunstein LLP
71 S. Wacker Dr., #3515
Chicago, IL 60606
pblock@riemerlaw.com,
saguado@riemerlaw.com
jganz@riemerlaw.com

Wiliam J. Serritella, Jr.
Jillian Cole
Taft Stettinius & Hollister
111 E. Wacker Dr., #2800
Chicago, Illinois 60601
wserritella@taftlaw.com

William J. Bryan
wjblaw@sbcglobal.com

Terri M. Long
Courts@tmlong.com

Shara C. Cornell
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-8181
sccornell@manleydeas.com

Aaron E. Davis
Bryan Cave LLP
161 N. Clark St., Ste. 4300
Chicago, IL 60601
aaron.davis@bryancave.com

Dean R. Prober
Prober & Raphael, a Law Corp.
20750 Ventura Blvd., #100
Woodland Hills, CA 91364
dprober@pralc.com

Bank of America, N.A. c/o Prober & Raphael,
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364-6207

JP Morgan Chase Bank, National Association
700 Kansas Lane
Mail Code: LA4-555
Monroe, LA 71203-4774

JPMORGAN CHASE BANK, N.A. AS SERVICER FOR DE
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

Oaks Edge Condominiums
4441 N. Central
Unit 2W
Chicago, IL 60630-3367

Park Colony Homeowners Association, a conglo
% Fullett Rosenlund Anderson PC
430-440 Telser Rd.
Lake Zurich, IL 60047-1588

Real Time Resolutions, Inc.
1349 Empire Central, Suite 150
Dallas, TX 75247-4029

Ridgestone Bank
c/o Edmond M. Burke, Esq.
Chuhak & Tecson, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

STANDARD BANK AND TRUST COMPANY
7800 W. 95TH STREET
Hickory Hills, IL 60457-2298

VFC Partners 18 LLC
c/o Fred R. Harbecke
29 S. LaSalle, Suite 945
chicago, Il 60603-1526

103 S. Cedar
Palatine, IL 60067-6060

3425 W. Irving Park
Chicago, IL 60618-3207

474 Lake Shore Drive, #4307
Chicago, IL 60611-6486

6333 Corp.
6333 N. Northwest Highway
Chicago, IL 60631-1669

700 Alhambra Lane
Schaumburg, IL 60169-1910

A. Delposse
5650 N. Major, Unit 1
Chicago, IL 60646-6417

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Alliant Energy
4901 N. Biltmore Ln, #100
Madison, WI 53718

Amanda Richardson
2211 Clifton Drive
Hoffman Estates, IL 60169-2407

Anna Kosiba
580 Fairway, Unit 3B
Wheeling, IL 60090

BRIAR TRACE CONDOMINIUM ASSOCIATION
The JKP Law Group LTD
10560 W. CERMAK RD.
WESTCHESTER, ILLINOIS 60154-5202

Bank Card Services
PO Box 4477
Beaverton, OR 97076-4401

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
C/O Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602-4321

Bank of America, N.A.
c/o Prober & Raphael, ALC
20750 Ventura Blvd, Ste 100
Woodland Hills, CA 91364-6207

Barrington Square Association
1800 N. Williamsburg
Hoffman Estates, IL 60169-2557

Bay Colony Condominiums
Phase I
9501 Bay Colony Dr.
Des Plaines, IL 60016-3690

Bay Colony Condominiums
Phase II
9501 Bay Colony Dr.
Des Plaines, IL 60016-3690

Blanca Ruiz
145 Dover, Unit 15
Des Plaines, IL 60018-1235

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Bank
PO Box 44118
Jacksonville, FL 32231-4118

Chase Bank USA, N.A.
Kevin C Driscoll JR
Barnes & Thornburg LLP
1 N Wacker Dr #4400
Chicago, IL 60606-2841

Cheri Gloricke
1508 Shirley Drive
Calumet City, IL 60409-6213

Chicago TItle Land Trust
171 N. Clark St., #575
Chicago, IL 60601-3368

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602-1590

Darlene Hoelscher
c/o Crowley & Lamb, P.C.
221 N. LaSalle St., Suite 1550
Chicago, IL 60601-1224

Dennis Cerniuk
9321 W. 183rd St
Tinley Park, IL 60487-6203

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Dover Point Condo
c/o McGill Management
1314 N. Rand Rd.
Arlington Heights, IL 60004-4306

DuPage County Collector
421 N. County Farm Rd.
Wheaton, IL 60187-3992

Ed Eaton
5650 N. Major, Unit 2
Chicago, IL 60646-6417

Edmond M. Burke
Chuhak & Tecson, PC
30 S. Wacker Dr.,#2600
Chicago, IL 60606-7512

Ethel L. Toney
C/o The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602-2318

Ethel Lee Toney
306 S. Spaulding, Unit 1
Chicago, IL 60624-3330

Fifth Third Bank
c/o Kathleen A. Stetsko
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago IL 60603-5559

First Chicago Bank
1145 N. Arlington Heights
Itasca, IL 60143-3171

First Midwest Bank
William J. Serritella, Jr.
Aronberg Goldgehn
330 N. Wabash, Suite 1700
Chicago, IL 60611-7765

(p)FIRST PLACE BANK ATTN LEGAL DEPARTMENT
724 BOARDMAN-POLAND RD
BOARDMAN OH 44512-5113

First Place Bank
c/o Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602-4321

Florence Barnas
4412 West 55th, Unit 6
Chicago, IL 60632-4789

Gladys Dejesus/Eddy
3549 N. Oak Park
Chicago, IL 60634-3722

Hillcrest Property Mgmt.
55 W. 22nd St.
Lombard, IL 60148-4889

Horak Prop. Managers
5869 N. Nagle
Chicago, IL 60646-5335

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
230 S. Dearborn, Room 2600
Stop: 5014CHI
Chicago, IL 60604-1705

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| Irwin Patangan<br>1220 Oakton<br>Park Ridge, IL 60068-2018 | J. Torres<br>588 Fairway, 3F<br>Wheeling, IL 60090 | JP Morgan Chase Bank, National Association<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| JP Morgan Chase Bank, National Association<br>Attn: Correspondence mail Code LA4-5555<br>700 Kansas Lane,<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank, National Association<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Javier Brazzini<br>10124 S. Pulaski Unit 3<br>Oak Lawn, IL 60453-4154 |
| Kennan-Dix<br>10124 S. Pulaski Unit 1N<br>Oak Lawn, IL 60453-4154 | Lance A. Raphael<br>Consumer Advocacy Center<br>180 W. Washington, #700<br>Chicago, IL 60602-2318 | Lang Proprty Management<br>5001 Lincoln Ave.<br>Lisle, IL 60532-2118 |
| Lawrence Levine<br>2301 Beau Monde<br>Lisle, IL 60532 | Marcelina Ponce<br>135 Dover, Unit 16<br>Des Plaines, IL 60018-1240 | Martha Martinez/Jose A. Florez<br>115 Dover, Unit 12<br>Des Plaines, IL 60018-1233 |
| Mauklik & Ashwinkumar Patel<br>145 Dover, Unit 12<br>Des Plaines, IL 60018-1235 | Maya Lutskaya<br>8884 Steven Drive<br>Des Plaines, IL 60016-6801 | Michael Percella<br>4406 West 55th, Unit 1<br>Chicago, IL 60632-4741 |
| Miguel Gaton<br>10926 Avenue C<br>Chicago, IL 60617-6855 | NICOR<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | Park Colony HOA<br>9351 Lady Bird Ln, #1C<br>Des Plaines, IL 60016-4265 |
| RBS Citizens, N.A.<br>Riemer & Braunstein LLP<br>71 South Wacker Drive, Suite 3515<br>Attn: Phillip J. Block<br>Chicago, IL 60606-4610 | RBS Citizens, NA d/b/a Charter One<br>71 S. Wacker Dr.<br>Chicago, IL 60606-4637 | Rameshji Dabhi<br>10124 S. Pulaski Unit 1S<br>Oak Lawn, IL 60453-4154 |
| Ramon Flores<br>1115 Algonquin<br>Arlington Heights, IL 60005-4658 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 | Regina Phiri<br>10126 S. Pulaski Unit 1E<br>Oak Lawn, IL 60453-4155 |
| Ridgestone Bank<br>13925 W. North Ave.<br>Brookfield, WI 53005-4976 | Ridgestone Bank<br>c/o Edmond M. Burke<br>Chuhak & Tecson, P.C.<br>30 South Wacker Drive, Suite 2600<br>Chicago, IL 60606-7512 | Rosalba Rubio<br>7133 Devon<br>Chicago, IL 60631-1630 |
| STANDARD BANK AND TRUST COMPANY<br>William J. Bryan<br>17926 Dixie Highway<br>Homewood, IL 60430-3055 | Standard Bank & Trust<br>7800 W. 95th<br>Hickory Hills, IL 60457-2298 | Sue Szczepaniak<br>9452 Bay Colony<br>Des Plaines, IL 60016-3649 |

Swartz Financial
650 E. Algonquin Rd.
Schaumburg, IL 60173-3846

Swietek
580 Fairway, Unit 3A
Wheeling, IL 60090

Sylvester Hernandez
145 Dover, Unit 11
Des Plaines, IL 60018-1235

Talmer Bank & Trust
Manley Deas Kochalski
P.O. Box 165028
Columbus OH  43216-5028

The Bank of New York Mellon, et al
c/o Prober & Raphael
Attornys For Secured Creditor
P.O. Box 4365
Woodland Hills, CA 91365-4365

Tina Anderson
9368 Bay Colony
Des Plaines, IL 60016-3756

Vashnubhai Patel
10126 S. Pulaski Unit 3E
Oak Lawn, IL 60453-4155

Village of Hoffman Estates
1900 Hassell Rd.
Hoffman Estates, IL 60169-6302

Wali Sltakia
9209 Potter, Unit 2D
Des Plaines, IL 60016-4268

Walworth County Treasurer
PO Box 1001
Elkhorn, WI 53121-1001

Wendy Kinsch
5901 N. Leonard
Chicago, IL 60646-5517

Will County Treasurer
302 N. Chicago St.
Joliet, IL 60432-4059

Michael Kinsch
5901 N. Leonard
Chicago, IL 60646-5517

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-27660 |
| MICHAEL KINSCH, ) | Chapter 11 |
| ) | Judge Pamela S. Hollis |
| debtor/debtor-in-possession. ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

MICHAEL KINSCH, debtor/debtor-in-possession herein ("Debtor"), by and through his Attorneys, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

**Introduction**

1. On July 1, 2011, the Debtor filed voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor managed his financial affairs as a debtor-in-possession until May 2, 2013 when the Debtor confirmed his Third Amended Plan of Reorganization ("Plan") was confirmed. No trustee, examiner or official committee of unsecured creditors was appointed in the Debtor's Chapter 11 case.

3. The Debtor is an owner and investor in multi-family residential real estate located in the Chicago area, and surrounding suburbs. The Debtor owns the following real estate, collectively referred to herein as the "Properties":[1]

---

[1] Both during the Debtor's Chapter 11 case, and after confirmation of the Plan, some of the properties were relinquished to certain lenders whose security interests attached to the particular properties relinquished.

| Property Identification | Property Type |
|---|---|
| 7133 and 7135 W. Devon, Chicago, IL | House - Single family residence |
| 1508 Shirley, Calumet City, IL | House - Single family residence |
| 2301 Beau Monde Ln, Unit 111, Lisle, IL | Condo |
| 300 Wrigley, Lake Geneva, WI | 2 condos |
| 103 E. 147th St., Harvey, IL | Build & Lot Commercial Type |
| 3549 N. Oak Park, Chicago, IL | House - Single family residence |
| 9452 Bay Colony Ln, Des Plaines, IL 60016 | Condo |
| 10124 S. Pulaski, #3, Oak Lawn, IL | Condo |
| 10124 S. Pulaski, 1N, Oak Lawn, IL | Condo |
| 10124 S. Pulaski, 1E, Oak Lawn, IL | Condo |
| 10124 S. Pulaski, 3E, Oak Lawn, IL | Condo |
| 10124 S. Pulaski, 1S, Oak Lawn, IL | Condo |
| 8884 Steven Dr., Unit 2023, Des Plaines, IL | Condo |
| 4412 W. 55th St., Unit 6, Chicago, IL | Condo |
| 4406 W. 55th St., #1, Chicago, IL | Condo |
| 580 Fairway View Dr., #3A Wheeling, IL | Condo |
| 580 Fairway View Dr., #3B Wheeling, IL | Condo |
| 2211 Clifton Pl, Hoffman Estates, IL | Condo |
| 145 Dover Dr., #12, Des Plaines, IL | Condo |
| 145 Dover Dr., #15, Des Plaines, IL | Condo |
| 588 Fairway View Ln, Wheeling, IL | Condo |
| 9209 Potter Road, Des Plaines, IL | Condo |

| 9368 Bay Colony, Des Plaines, IL | Condo |
| --- | --- |
| 145 Dover, #12, Des Plaines, IL | Condo |
| 5650 - 5654 N. Major, Chicago, IL | 2 Flat |
| 5901 N. Leonard, Chicago, IL | Home - Personal Residence |

4. The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Creditors have received the distributions listed on Exhibit A attached hereto.

5. The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, MICHAEL KINSCH, debtor and debtor-in-possession herein, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

          Respectfully submitted,

          MICHAEL KINSCH, debtor/debtor-in-possession

          By:   /s/Scott R. Clar
                One of his attorneys

**DEBTOR'S COUNSEL:**
Scott R. Clar, Esq.
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Kinsch\Final Decree.mot and NOM.wpd