UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-27660 |
| MICHAEL KINSCH | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the motion of Michael Kinsch ("Debtor"), debtor/debtor-in-possession herein, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Reorganization on May 2, 2013, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Plan of Reorganization has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the Debtor is discharged and the Chapter 11 case is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  June 14, 2016

**Prepared by:**

Scott R. Clar
(Atty. No. 06183741)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777