| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Michael Kinsch** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | **Northern District of Illinois** |
| Case number: | **11–27660** |

Social Security number or ITIN   **xxx–xx–7628**
EIN   _ _–_ _ _ _ _ _ _
Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Michael Kinsch

June 14, 2016                                       For the court:   Jeffrey P. Allsteadt, Clerk
                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

Form 3180RI                         **Individual Chapter 11 Discharge**                         page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-27660-PSH
Michael Kinsch                                                  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman                  Page 1 of 3                  Date Rcvd: Jun 14, 2016
                               Form ID: 3180RI               Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2016.
```
db         +Michael Kinsch,    5901 N. Leonard,   Chicago, IL 60646-5517
17640496   +103 S. Cedar,    Palatine, IL 60067-6060
17640500   +3425 W. Irving Park,    Chicago, IL 60618-3207
17640498   +474 Lake Shore Drive, #4307,    Chicago, IL 60611-6486
17640502   +6333 Corp.,    6333 N. Northwest Highway,   Chicago, IL 60631-1669
17640480   +700 Alhambra Lane,    Schaumburg, IL 60169-1910
17640487   +A. Delposse,    5650 N. Major, Unit 1,   Chicago, IL 60646-6417
17501394   +Alliant Energy,    4901 N. Biltmore Ln, #100,    Madison, WI 53718
17640477   +Amanda Richardson,    2211 Clifton Drive,   Hoffman Estates, IL 60169-2407
17640484   +Anna Kosiba,    580 Fairway, Unit 3B,   Wheeling, IL 60090
18041303   +BRIAR TRACE CONDOMINIUM ASSOCIATION,    The JKP Law Group LTD,    10560 W. CERMAK RD.,
             WESTCHESTER, ILLINOIS 60154-5202
17501396   +Bank Card Services,    PO Box 4477,   Beaverton, OR 97076-4401
18487826   +Bank of America, N.A.,    C/O Pierce and Associates, P.C.,    1 North Dearborn St.,   Suite 1300,
             Chicago, Illinois 60602-4321
18138596   +Bank of America, N.A.,    c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Ste 100,
             Woodland Hills, CA 91364-6207
17501398   +Barrington Square Association,    1800 N. Williamsburg,   Hoffman Estates, IL 60169-2557
17501399   +Bay Colony Condominiums,    Phase I,   9501 Bay Colony Dr.,    Des Plaines, IL 60016-3690
17501400   +Bay Colony Condominiums,    Phase II,   9501 Bay Colony Dr.,    Des Plaines, IL 60016-3690
17640492   +Blanca Ruiz,    145 Dover, Unit 15,   Des Plaines, IL 60018-1235
17661712   +Chase Bank USA, N.A.,    Kevin C Driscoll JR,    Barnes & Thornburg LLP,    1 N Wacker Dr #4400,
             Chicago, IL 60606-2841
17640481   +Cheri Gloricke,    1508 Shirley Drive,   Calumet City, IL 60409-6213
17501402   +Chicago TItle Land Trust,    171 N. Clark St., #575,   Chicago, IL 60601-3368
20880519   +Darlene Hoelscher,    c/o Crowley & Lamb, P.C.,    221 N. LaSalle St., Suite 1550,
             Chicago, IL 60601-1224
17501404   +Dover Point Condo,    c/o McGill Management,   1314 N. Rand Rd.,
             Arlington Heights, IL 60004-4306
17640486   +Ed Eaton,    5650 N. Major, Unit 2,   Chicago, IL 60646-6417
17501406   +Edmond M. Burke,    Chuhak & Tecson, PC,   30 S. Wacker Dr.,#2600,    Chicago, IL 60606-7512
17968048   +Ethel L. Toney,    C/o The Consumer Advocacy Center, P.C.,    180 West Washington, Suite 700,
             Chicago, IL 60602-2318
17640463   +Ethel Lee Toney,    306 S. Spaulding, Unit 1,   Chicago, IL 60624-3330
17501410  ++FIRST PLACE BANK ATTN LEGAL DEPARTMENT,    724 BOARDMAN-POLAND RD,    BOARDMAN OH 44512-5113
             (address filed with court: First Place Bank,    185 E. Market St.,   Warren, OH 44484)
17501407   +Fifth Third Bank,    c/o Kathleen A. Stetsko,   Perkins Coie LLP,    131 S. Dearborn, Suite 1700,
             Chicago IL 60603-5559
17501408   +First Chicago Bank,    1145 N. Arlington Heights,   Itasca, IL 60143-3171
17501409   +First Midwest Bank,    William J. Serritella, Jr.,   Aronberg Goldgehn,
             330 N. Wabash, Suite 1700,    Chicago, IL 60611-7765
17564368   +First Place Bank,    c/o Pierce and Associates, P.C.,    1 North Dearborn,   Suite 1300,
             Chicago, Illinois 60602-4321
17640479   +Florence Barnas,    4412 West 55th, Unit 6,   Chicago, IL 60632-4789
17640466   +Gladys Dejesus/Eddy,    3549 N. Oak Park,   Chicago, IL 60634-3722
17501411   +Hillcrest Property Mgmt.,    55 W. 22nd St.,   Lombard, IL 60148-4889
17501412   +Horak Prop. Managers,    5869 N. Nagle,   Chicago, IL 60646-5335
17640495   +Irwin Patangan,    1220 Oakton,   Park Ridge, IL 60068-2018
17640485   +J. Torres,    588 Fairway, 3F,   Wheeling, IL 60090
18777074   +JP Morgan Chase Bank, National Association,    700 Kansas Lane,    Mail Code LA4-555,
             Monroe, LA 71203-4774
18777070   +JP Morgan Chase Bank, National Association,    700 Kansas Lane,    Monroe, LA 71203-4774
17731303   +JP Morgan Chase Bank, National Association,    Attn: Correspondence mail Code LA4-5555,
             700 Kansas Lane,,   Monroe, LA 71203-4774
23508093    JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028
17640467   +Javier Brazzini,    10124 S. Pulaski Unit 3,   Oak Lawn, IL 60453-4154
17640468   +Kennan-Dix,    10124 S. Pulaski Unit 1N,   Oak Lawn, IL 60453-4154
17640464   +Lance A.Raphael,    Consumer Advocacy Center,    180 W. Washington, #700,
             Chicago, IL 60602-2318
17501413   +Lang Proprty Management,    5001 Lincoln Ave.,   Lisle, IL 60532-2118
17640482   +Lawrence Levine,    2301 Beau Monde,   Lisle, IL 60532
17640493   +Marcelina Ponce,    135 Dover, Unit 16,   Des Plaines, IL 60018-1240
17640489   +Martha Martinez/Jose A. Florez,    115 Dover, Unit 12,   Des Plaines, IL 60018-1233
17640491   +Mauklik & Ashwinkumar Patel,    145 Dover, Unit 12,   Des Plaines, IL 60018-1235
17640473   +Maya Lutskaya,    8884 Steven Drive,   Des Plaines, IL 60016-6801
17640478   +Michael Percella,    4406 West 55th, Unit 1,   Chicago, IL 60632-4741
17640494   +Miguel Gaton,    10926 Avenue C,   Chicago, IL 60617-6855
17501415   +Park Colony HOA,    9351 Lady Bird Ln, #1C,   Des Plaines, IL 60016-4265
17966313   +RBS Citizens, N.A.,    Riemer & Braunstein LLP,   71 South Wacker Drive, Suite 3515,
             Attn: Phillip J. Block,    Chicago, IL 60606-4610
17501416   +RBS Citizens, NA d/b/a Charter One,    71 S. Wacker Dr.,   Chicago, IL 60606-4637
17640469   +Rameshji Dabhi,    10124 S. Pulaski Unit 1S,   Oak Lawn, IL 60453-4154
17640472   +Ramon Flores,    1115 Algonquin,   Arlington Heights, IL 60005-4658
```

Case 11-27660    Doc 365    Filed 06/14/16    Entered 06/16/16 23:40:43    Desc Imaged
Certificate of Notice    Page 4 of 5

```
District/off: 0752-1           User: froman                 Page 2 of 3                   Date Rcvd: Jun 14, 2016
                               Form ID: 3180RI              Total Noticed: 88


17501417      +Ridgestone Bank,    13925 W. North Ave.,    Brookfield, WI 53005-4976
17968945      +Ridgestone Bank,    c/o Edmond M. Burke,    Chuhak & Tecson, P.C.,
                30 South Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
17640488      +Rosalba Rubio,    7133 Devon,   Chicago, IL 60631-1630
17796211      +STANDARD BANK AND TRUST COMPANY,    William J. Bryan,    17926 Dixie Highway,
                Homewood, IL 60430-3055
17501418      +Standard Bank & Trust,    7800 W. 95th,    Hickory Hills, IL 60457-2298
17640476      +Sue Szczepaniak,    9452 Bay Colony,   Des Plaines, IL 60016-3649
17640465      +Swartz Financial,    650 E. Algonquin Rd.,    Schaumburg, IL 60173-3846
17640483      +Swietek,    580 Fairway, Unit 3A,    Wheeling, IL 60090
23140578       Talmer Bank & Trust,    Manley Deas Kochalski,    P.O. Box 165028,    Columbus OH 43216-5028
18465938       The Bank of New York Mellon, et al,    c/o Prober & Raphael,    Attornys For Secured Creditor,
                P.O. Box 4365,   Woodland Hills, CA 91365-4365
17640474      +Tina Anderson,    9368 Bay Colony,   Des Plaines, IL 60016-3756
18706165      +VFC Partners 18 LLC,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
                Chicago, IL 60603-1526
17640471      +Vashnubhai Patel,    10126 S. Pulaski Unit 3E,    Oak Lawn, IL 60453-4155
17501419      +Village of Hoffman Estates,    1900 Hassell Rd.,    Hoffman Estates, IL 60169-6302
17640475      +Wali Sltakia,    9209 Potter, Unit 2D,   Des Plaines, IL 60016-4268
17501420      +Walworth County Treasurer,    PO Box 1001,    Elkhorn, WI 53121-1001
17640503      +Wendy Kinsch,    5901 N. Leonard,   Chicago, IL 60646-5517
17501421       Will County Treasurer,    302 N. Chicago St.,    Joliet, IL 60432-4059
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17501395      +EDI: ATTWIREBK.COM Jun 15 2016 01:43:00      AT&T,    P.O. Box 5014,
                Carol Stream, IL 60197-5014
17640507      +EDI: ATTWIREBK.COM Jun 15 2016 01:43:00      AT&T,    Bankruptcy Department,    PO Box 769,
                Arlington TX 76004-0769
17501397      +EDI: BANKAMER.COM Jun 15 2016 01:43:00      Bank of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
17654614       EDI: CAPITALONE.COM Jun 15 2016 01:43:00      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
17501401       EDI: CHASE.COM Jun 15 2016 01:43:00      Chase Bank,    PO Box 44118,
                Jacksonville, FL 32231-4118
17640462      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 15 2016 02:19:22     Cook County Treasurer,
                118 N. Clark,   Suite 112,    Chicago, IL 60602-1590
24341992      +EDI: IRS.COM Jun 15 2016 01:43:00      Department of the Treasury,    Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, Pennsylvania 19101-7346
17513426       EDI: DISCOVER.COM Jun 15 2016 01:43:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,   New Albany, OH 43054-3025
17501405      +E-mail/Text: collector@dupageco.org Jun 15 2016 02:18:09     DuPage County Collector,
                421 N. County Farm Rd.,    Wheaton, IL 60187-3992
19652362       E-mail/Text: rev.bankruptcy@illinois.gov Jun 15 2016 02:18:48
                Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
17501414       E-mail/Text: bankrup@aglresources.com Jun 15 2016 02:17:13     NICOR,    P.O. Box 0632,
                Aurora, IL 60507-0632
23841937       E-mail/Text: bkdepartment@rtresolutions.com Jun 15 2016 02:19:17
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23410427       Century National Bank
17501403       ComEd,   Payment Processing,    P.O. Box 55126
21201484       JPMorgan Chase Bank, National Association
21274247       JPMorgan Chase Bank, National Association
17640497       Paid as Rented,    111 Center St Unit 412,    Lake Geneva, IL
17640506       Paid as Rented,    300 Wrighley 3’ 203a,    Lake Geneva, IL
17640501       paid as rented,    300 Wrigley, 3’ 201a,    Lake Geneva, IL
18389716*     +Bank of America, N.A.,    c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Suite 100,
                Woodland Hills, Ca 91364-6207
18755446*     +First Place Bank,    c/o Pierce and Associates, P.C.,    1 North Dearborn,    Suite 1300,
                Chicago, Illinois 60602-4321
18283614*     +Internal Revenue Service,    230 S. Dearborn, Room 2600,    Stop: 5014CHI,
                Chicago, IL 60604-1705
17784803*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
24341993*     +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
                Chicago, Illinois 60604-1705
17640499      ##+Dennis Cerniuk,    9321 W. 183rd St,   Tinley Park, IL 60487-6203
17640470      ##+Regina Phiri,    10126 S. Pulaski Unit 1E,    Oak Lawn, IL 60453-4155
17640490      ##+Sylvester Hernandez,    145 Dover, Unit 11,    Des Plaines, IL 60018-1235
                                                                                               TOTALS: 7, * 5, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1                  User: froman                 Page 3 of 3                    Date Rcvd: Jun 14, 2016
                                      Form ID: 3180RI              Total Noticed: 88
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2016 at the address(es) listed below:

```
              Aaron Davis    on behalf of Creditor    Fifth Third Bank aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kat.denk@bryancave.com
              Brianna M Sansone    on behalf of Creditor    First Midwest Bank bsansone@taftlaw.com,
               wserritella@taftlaw.com;sfdocket@shefskylaw.com
              Cari A Kauffman    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bankruptcy@mdk-llc.com, dfrankel@sormanfrankel.com
              Edmond M Burke    on behalf of Creditor    Ridgestone Bank eburke@chuhak.com, mvasquez@chuhak.com
              Fred R Harbecke    on behalf of Creditor    VFC Partners 18 LLC fredrharbecke@sbcglobal.net
              Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
              Jacqueline M Helmrick    on behalf of Creditor    First Midwest Bank jhelmrick@agdglaw.com,
               wserritella@agdglaw.com
              Jeffrey D Ganz    on behalf of Creditor    RBS CITIZENS N.A. d/b/a CHARTER ONE, successor by merger
               with CHARTER ONE BANK, N.A., successor by merger with GreatBank Chicago jganz@riemerlaw.com,
               saguado@riemerlaw.com
              Jeffrey S. Burns    on behalf of Creditor    Northbrook Bank & Trust jburns@cbklaw.com
              Jigar K Patel    on behalf of Creditor    BRIAR TRACE CONDOMINIUM ASSOCIATION jkp@jkplawgroup.com,
               tanya@thejkplawfirm.com
              Jillian S Cole    on behalf of Creditor    First Midwest Bank jcole@taftlaw.com,
               wserritella@taftlaw.com,sfdocket@shefslylaw.com,cdowd@taftlaw.com
              John F. Sullivan    on behalf of Creditor Darlene  Hoelscher jsullivan@crowleylamb.com,
               luribe@crowleylamb.com;docket@crowleylamb.com
              John H Redfield    on behalf of Debtor 1 Michael  Kinsch jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              Jyothi R Martin    on behalf of Creditor    First Place Bank jramana@atty-pierce.com
              Katerina Tsoukalas-Heitkemper    on behalf of Creditor    Park Colony Homeowners Association, a
               conglomeration of condominium associations k.tsoukalas-heitkemper@frapc.com
              Lance A Raphael    on behalf of Creditor Ethel Lee Toney lance@caclawyers.com,
               stacy@caclawyers.com;herman@caclawyers.com
              Matthew S Payne    on behalf of Creditor    Oaks Edge Condominiums mpayne@paynelawchicago.com
              Monette W Cope    on behalf of Creditor    Talmer Bank & Trust ecfnil@weltman.com
              Nathaniel D. Lawrence    on behalf of Creditor Joanne  Brzozowski jflowers@l-mlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip J Block    on behalf of Creditor    RBS CITIZENS N.A. d/b/a CHARTER ONE, successor by
               merger with CHARTER ONE BANK, N.A., successor by merger with GreatBank Chicago
               pblock@riemerlaw.com, saguado@riemerlaw.com
              Ronald J. Kapustka    on behalf of Creditor    Bay Colony Phase II Condominium Association
               ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
              Sarah E Willms    on behalf of Creditor    Century National Bank amps@manleydeas.com
              Sarah E Willms    on behalf of Creditor    JP Morgan Chase Bank, National Association
               amps@manleydeas.com
              Scott R Clar    on behalf of Debtor 1 Michael  Kinsch sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Attorney    Crane, Heyman, Simon, Welch & Clar sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Shara C Cornell    on behalf of Creditor    Century National Bank amps@manleydeas.com
              Shara C Cornell    on behalf of Creditor    Talmer Bank & Trust amps@manleydeas.com
              Stacey  O'Stafy    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bk.ecf.filings@gmail.com, amps@manleydeas.com
              Terri M Long    on behalf of Creditor    The Bank of New York Mellon tmlong@tmlong.com,
               Courts@tmlong.com
              Vytas S Jurjonas    on behalf of Creditor    West 55th Street Condo Association v@jonaspricelaw.com
              William J. Bryan    on behalf of Creditor    STANDARD BANK AND TRUST COMPANY wbryanlaw@comcast.net
                                                                                             TOTAL: 32
```